# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**V.**

**RAMON FOX**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:15-mj-0840

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On the dates specified within the attached Affidavit, in the Southern District of Indiana and elsewhere, defendant did,

1. Count 1 – Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1);

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

David McDaniel, Task Force Officer
Bureau of Alcohol, Tobacco and Firearms

**Sworn to before me, and subscribed in my presence**

November 12, 2015
**Date**

at   Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## I.  INTRODUCTION

I, Task Force Officer David McDaniel, having been duly sworn, depose and state:

1.      I am an "investigative or law enforcement officer" of the United States, within the meaning of Section 2510(7), Title 18, United States Code, empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code.

2.      I am a police officer with the Indianapolis Metropolitan Police Department (IMPD).  I have been so employed for 19 years.  I am currently assigned as a Task Force Officer with the United States Bureau of Alcohol Tobacco and Firearms (ATF), and have been so assigned for 6 years.  I have participated in investigations involving illegal narcotics trafficking that include the use of firearms in the furtherance of the illegal narcotics trafficking, violent crimes, and weapons violations, among other matters.  I have received training from various local, state, and federal law enforcement agencies including IMPD and ATF, concerning armed illegal narcotics trafficking and violent crime to include weapons violations, among other things.

3.      I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to; visual surveillance, the general questioning of witnesses, the use of informants, consensual monitoring and recording of conversations, controlled purchases of contraband, execution of search warrants and Title III Intercepts (wire taps).  In connection with my official ATF duties, I investigate criminal violations of the federal laws, including, but not limited to, prohibited persons in possession of firearms, in violation of Title 18, United States Code, Section 922(g)(1) and the use of firearms during and in relation to crimes of violence and or in furtherance of federal drug felonies, in violation of Title 18, United States Code, Section 924(c).

4. I have not included each and every fact known to me concerning this investigation. More specifically, I have set forth only those facts that I believe are necessary to establish the required probable cause. The information in this Affidavit is either personally known to me or has been relayed to me by other law enforcement officers during the course of the investigation.

5. This Affidavit is submitted in support of a criminal complaint charging Ramon D. FOX, with being unlawful possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). The information included herein is either personally known to me or has been relayed to me by other law enforcement officers during the course of the investigation.

## II. FACTUAL SUMMARY

6. On October 27,2015, Detective Sergeant G. Schwomeyer and assisting units of the Indianapolis Metropolitan Police Department (IMPD) Violent Crimes Unit (VCU), executed a search warrant at a residence located at 3146 Gerrard Avenue Indianapolis, Marion County, Indiana. Members of the IMPD SWAT Team forced entry to the residence and took Ramon D. FOX and Briana L Palmore, into custody in the master bedroom of the residence.

7. Pursuant to the search warrant, a search was conducted of the residence, a tan four door Chevrolet Impala bearing Indiana license plate WNK901, and a black 1995 Chevrolet Impala SS four door bearing Indiana license plate LE658.

8. During a search of the master bedroom, Sgt. Schwomeyer located a large stack of U.S. Currency on the top of a dresser next to the bed. Sgt. Schwomeyer also found a pair of men's black jeans with studs on the rear pockets at the foot of the dresser next to the bed. Inside the jeans, Sgt. Schwomeyer located a large quantity of U.S. Currency and an Indiana identification card for Ramon FOX. In the top drawer of the dresser, Sgt. Schwomeyer located another large

2

quantity of U.S. Currency, a credit card in the name Ramon FOX, paperwork in FOX's name, two pill bottles containing no label and a twisted plastic sandwich baggy that contained over a dozen pills of four different types: Xanax, Hydrocodone, Alprazolam, and Oxycontin.   In the same dresser drawer, Sgt. Schwomeyer discovered a loaded Glock model 30, .45acp handgun, with serial number CDX122US and a loaded Keltec model P-32, .32acp semi-automatic handgun, with serial number CYV26.   The dresser contained two additional drawers each containing large stacks of U.S. Currency.   During the search of the kitchen, IMPD Det. Steven Krieger recovered a large press used to press large blocks of cocaine and heroin and numerous pieces of paperwork for both FOX and Palmore.   Det. Krieger also found a loaded DPMS model Panther, AR-15 .308 caliber rifle, with serial number 125022 in the closet by the back door.   Sgt. Schwomeyer located two surveillance cameras watching both the front door and the back door of the residence.

9.   FOX was asked for the keys to the vehicles in the driveway and he stated he didn't have keys to either car.   Sgt. Schwomeyer located the keys to the tan Impala in Palmore's purse and Det. Condon located the keys to black Impala SS hanging on a hook next to the front door of the home.   During a search of the Chevrolet Impala SS, Det. Condon located a Glock model 17, 9mm handgun, with serial number WGH859, containing a fully loaded factory magazine.   An additional spare 32 round magazine, wrapped in a plastic sack, was found in the trunk.   Also in the trunk, Det. Condon located a cardboard shipping box addressed to Palmer at 3146 Gerrard Ave. Located inside the box was a large plastic bag containing an unknown powder, a digital scale, a box of sandwich baggie, three bottles of Quinine used as a narcotic's cutting agent, and a plastic baggy containing three orange cubes of suspected narcotics.   Det. Condon located another cardboard box, with no shipping label, that contained a box of sandwich bags.   Inside the sandwich bag box, Det. Condon located four large bags and a small bag of suspected Heroin with

3

an approximated weight of four ounces.   Det. Condon also located a blue back pack containing a large bag of suspected marijuana weighing approximately one pound and a large stack of U.S. Currency.

10.     Your affiant knows from his training and experience that none of the firearms described in this affidavit were manufactured in the State of Indiana and that they therefore traveled in interstate and/or foreign commerce.

11.     Your affiant conducted a criminal history check and determined that FOX has a 2014 conviction for Dealing in Cocaine or Narcotics, a Class B Felony, under cause number 49G20-1308-FA-055126, in Marion County Indiana.

### III. CONCLUSION

12.     Based upon your Affiant's training and experience and the facts set forth herein, your Affiant submits there is probable cause to believe that Ramon FOX violated Title 18, United States Code, Section 922(g)(1).

David McDaniel, Task Force Officer
Bureau of Alcohol Tobacco and Firearms

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF NOVEMBER, 2015.

TIM A. BAKER
U.S. Magistrate Judge
Southern District of Indiana

4